# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

HAI K. NGUYEN,            )
     Plaintiff,        )
                         )
v.                         )     3:18-0871
                         )     Richardson/Holmes
BREVARD EXTRADITIONS, LLC d/b/a   )
U.S. PRISONER TRANSPORT; U.S.   )
CORRECTIONS, LLC; and JOHN DOES   )
1 - 6,                       )
     Defendants.      )

## O R D E R

Defendants' motion (Docket Entry No. 48) for leave to take the prisoner Plaintiff's deposition is GRANTED. In accordance with Rule 30(a)(2)(B) of the Federal Rules of Civil Procedure, leave of the Court is granted to Defendants to take Plaintiff's deposition. Plaintiff is ORDERED to allow his deposition to be taken.

The New Jersey State Prison is Ordered to allow Defendants to take the deposition of Plaintiff Hai K. Nguyen, Booking Number 490312, upon the following conditions:

1. The deposition will occur at the New Jersey State Prison, where the Plaintiff is incarcerated, in a room selected by the New Jersey State Prison, which is appropriate for the conduct of a deposition;

2. The deposition will take place on January 20, 2020, beginning at 10:00 AM, and will be completed by 3:00 PM on that same day;

3. There will be two attorneys attending the deposition: (a) David Frankel, counsel for Plaintiff; and (b) Daniel Olivas, counsel for Defendants Brevard Extraditions, LLC d/b/a U.S. Prisoners Transport and U.S. Corrections, LLC;

4. The deposition testimony will be transcribed by a court reporter with Huseby Global Litigation;

5. The deposition testimony will be captured on video by a videographer with Huseby

Global Litigation;

6. The following electronic equipment will be permitted into the New Jersey State Prison and into the room designated for the deposition:

a. Laptops—

i. Attorney Frankel will have one laptop computer;

ii. Attorney Olivas will have one laptop computer;

iii. Court reporter, will have one laptop computer; and

iv. Videographer, will have one laptop computer.

b. Court Reporting Equipment—

i. The Court Reporter will bring the items listed below

i. Reporter bag

ii. One Steno Machine

iii. Cords/Chargers

iv. One tripod

v. Batteries

vi. Microphones

c. Videography Equipment—

i. The videographer will bring the items listed below:

i. One Camera bag

ii. One Cable bag

iii. One Equipment cart

iv. One Professional video camera

v. One Tripod

vi. One Audio Mixer

vii. One DVD burner

viii. 4 microphones

ix. Headsets

x. Backdrop

xi. Hdmi cable

xii. Xlr Cable

xiii. DVDs

xiv. SD Cards

xv. Gaffers Tape

xvi. Extension chord

xvii. Surge protector

xviii. Necessary power supplies.

So ORDERED.

BARBARA D. HOLMES
United States Magistrate Judge